## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

Cedric Dupree Jr. N63566
_____
Plaintiff )
)
VS. )
Lt. Glenn French, Donald Stevens, Lt. Bremer )
Guy Pierce, Susan Prentice, c/o Fritsche. )  Case No. $05-1201$
Mary Fritzelle, Timothy Ware, J. Libby )
Stephen Mote, Mike Melvin, Lt. Hobart, c/o Ramsey, c/o woods )
Lt. Dalbaugh, c/o Rosenburg, S. Nixon, C. Shaw, John Burke )
Mary Hodge, Corey Wilson, Roger Walker Jr., Lt. Eckart )
R. Gerdes, Lt. Potter, Dr. Funk, Dr. Larson, )
Lt. Funke, D. Barthold    Defendant(s) )

## COMPLAINT
## "2ND AMMENDED COMPLAINT"

☑  42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐  28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐  Other_____

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, CEDRIC DUPREE JR., and states as follows:

My current address is: P.O.B. 99  700 W. LINCOLN #N63566
PONTIAC, IL. 61764

The defendant GLENN FRENCH is employed as CORRECTIONAL OFFICER (C/O's)
7AM-3PM SHIFT at PONTIAC PRISON (700 W. LINCOLN. PONTIAC, IL. 61764)

The defendant D. Stevens, Lt. Brewer, S. Prentice, is employed as C/O'S
7AM-3PM SHIFT at PONTIAC PRISON (AS ABOVE SAME Address)

The defendant G. Pierce, S. Mote, Mike Melvin, is employed as WARDENS
7AM-3PM SHIFT at PONTIAC PRISON (SAME Address)

The defendant C/O Fritsche, M. Fritzelle, T. Ware, is employed as C/O's
7AM-3PM SHIFT at PONTIAC PRISON (SAME Address)

(revised 9/96)

1.

The defendant DR. A. FUNK, DR. LARSON, J. Birkel, is employed as ___DOCTORS & HCU STAFF___ ___7AM-3PM SHIFT___ at ___PONTIAC PRISON (Same Address)___

The defendant Lt. C. SHAW, Corey Wilson, LT. Funke, is employed as ___C/O's & PRISON STAFF___ ___7AM-3Pm SHIFT___ at ___PONTIAC PRISON (Same Address)___

The defendant Lt. ECHERT, R. Gerdes, LT. Potter, is employed as ___C/O's___ ___7Am-3PM SHIFT___ at ___PONTIAC PRISON (Same Address)___

The defendant Lt. DHLBAUGH, CP Rosenburg, is employed as ___C/O's___ ___7AM-3PM SHIFT___ at ___PONTIAC PRISON (Same Address)___

(revised 9/96)

2 A.

The defendant LT HOBART, CO RAMSEY, CO WOODS, is employed as _____ CO'S
_____ 7AM-3PM SHIFT _____ at _____ PONTIAC PRISON

Additional defendants and addresses SAM NOLEN IS EMPLOYED AS CHIEF-IL. STATE POLICE
8-4PM SHIFT AT 124 E, ADAMS P.O. B.19461) SPRINGFIELD, IL. 62794-9461.
D. BARTHOLD, DE NUVIS & J.LIBBY ARE EMPLOYED AT PONTIAC PRISON (SAME ADDRESS)
7AM-3PM SHIFT
MARY HADGE AND ROGER WALKER JR. ARE EMPLOYED AS I.DOC STAFF (7-3PM) AT 1301 CONCORDIA CRT.
SPRINGFIELD, ILL. 62794

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

## LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?               Yes ☐          No ☒

If yes, please describe _____ N/A _____

B. Have you brought any other lawsuits in state or federal court while incarcerated?

Yes ☑          No ☐

C. If your answer to B is yes, how many? __1__ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to previous lawsuit:

   Plaintiff(s) _____ Cedric Dupree _____

   Defendant(s) _____ E ARY LASTER et. AL _____

2. Court (if federal court, give name of district; if state court, give name of county)
   _____ US, DIST. CRT, SOUTHERN DIST. _____

3. Docket Number/Judge _____ NO. 02-CV-001059-DRH _____

2 - B.

4. Basic claim made _____ Religous Violations _____

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it

still pending?) _____ Still pending _____

6. Approximate date of filing of lawsuit _____ Jan 1, 2000 _____

7. Approximate date of disposition _____ 12, 12, 2006 _____

For additional cases, provide the above information in the same format on a separate page.


## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?   Yes ☑   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes ☑   No ☐

If your answer is no, explain why not _____ NA _____

NOTE: ALL DefendAnts ARe Being sued in their individual & official capacities,

C. Is the grievance process completed?   Yes ☑   No ☐

*PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON*

*FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND*

*UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH*

*COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.*

Attached As
EXhIBITS "A-F"

3

<u>STATEMENT OF CLAIM</u>

Place of the occurrence _____ PONTIAC PRISON

Date of the occurrence _____ 2-17-05

Witnesses to the occurrence _____ Willie Foster, Ned James, M. Bailey, ect..

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved.*
*Do not give any legal arguments or cite cases or statutes.. Number each claim in a separate paragraph. Unrelated claims*
*should be raised in a separate civil action.*
*THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.*

FOR FILING grievances & Litigation
Lt. G.French ON 2-17-05) & CO Fritsche had an
Inmate to Assult Me, CO T.Ware set
the situation up, then conspired with SusAN Prentice, Rosenberg,
And Sgt Fertzelle (witnesses will testify) to cover-up Medical
treatment & The Attack. This inmate later testified
He was paid by Fritsche & Lt. G. French TO
Assult Me,

2. FOR Filing litigation & grievances.
ON 5-1-05 Lt Brewer And Correctional officer
Rodney Gerdes #306? came in my cell while uncuffed and attacked
. Me. I was Bleeding & My wounds
were Reported (At Pontiac HCU's Dr. Larson
But was ignored) This was Maliciously & Sadistically
done For the purpose of causing harm
This was witnessed by IN's Bailey & Foster
who have submitted statements of Affidavits.

4

3.

While holding me-DN 7-28-03 C/o Stephens Allowed me to Be Violently Assulted (with Lt. Hobart, Mike Melving, wilson, p woods, More, S. & M. Hoye-Prison quards /staff) I had warned in advance that I would Be Attacked (several of these staff members) But They Failed to Protect me. I had to Live in constant Fear waiting for the Assults to take place, causing Mental Anquish) and After the attacks for they kept Allowing my attacker to get Another chance to attack me.

From 7-28-03 through Present Dr. Author Funk Refused to give me treatment for the Blood in my urine leaving the condition to worsten, with Results made available on 10-21-05 to me.

Dr. Larson on 5-1-05 Refused To Treat me while Bleeding from the Attack By Lt. Brewer-Acd wrote an incident Report in support of This Attack and my Being wounded & not Treated.

Investigators Refused to Allow Plaintiff to press charges on the perpetrators of these crimes (Prima facie Tort claims) and To properly investigate, Even denying these Attacks even happened, They Also refused to answer my letters warning of more assults, That They May not Be held liable for Being derelick in their duties. These investigators are: corey wilson, jack libby, mary hodge, s. miller, s. nixon R. walker & S. Pierce All these events happened from 7/03 till present Violating my civil Rights for failure to protect me And equal protection of Law violations, and possibly conspired to cover the prisons involvement.

· Roger Walker Jr. on 9-27-05 Refused to assist in the investigation (Again) By Refusing Plaintiff documents to prosecute The perpetrators of this crime attempting to cover-up involvement in these violations and crimes & impeding this process and as a supervisor of the other defendants, Failed to not even in the face of the series of violent incidents, this includes E. Pierce & All supervisors that direct knowledge & involvement as shown in the documents they signed, And the letters written directly to Them.

5-A

THE Following ASSULTS HAPPened USING UNNecessary use oF FOR e And Being SADistic, THESE DEFENDANTS willFullY&MALIciousLY AFFLicTed PAIN ON Me By Hitting Me with HANdcuFFs And SNATcHing the WAIST CHAINS & HANdCuFFS tHAt PLAINTIFF HAd ON. THE DATES & INcldents (And DeFendANTS) ARE AS LISTED:

A. L.T. BREWER ON 11-29-04 Began to VERBALLY ASSULT & PAINFULLY PULL ON WAISTCHAIN OF PlAINTIFF

B. LT. DALBAUGH ON 9-7-04 BegAN TO PAINFULLY TWIST & Pull WAISTCHAIN OF PLAINTIFF

C. LT. ECHERT ON 11/1/05 BEGAN PAINFULLY PULLING PLANTIFFS WAISTCHAIN ANd Hit HIM WITH His HANdcuFFs.

D. C/o FRITSCHLE ON 9-27-05 PAINFULLY TWISTED PLAINTIFFS HANdcuFFs LEAVING PAINFUL INdentAtions ON PLAINTIFFS WRiST, ALL ASSULTS were FOR PLAINTIFF FiliNg griEVANCES & suits. 9.

ON 10-16-04 LT. POTTER denied me medicAL ATTENTION (with D. Barkhold), AFTER Being ASSULTED AND LAYiNG ON PRISON FlOOR IN WASTE.

10.

ON/ABOUT 8-1-03, LT. C. SHAW ANd JOHN BIRKEL REFused me medicAL TREATMENT AFTER HAViNG A PSYCHOTIC episode (VIOLENTLY CUTTING Both WRIST, Thus Being SERious deliBERATE INdiFFERENT to A SERious MEdicAL NEedS OF PLAINTIFF.

11.

LT. Punke ON 6-13-05 = (While ON SuicidE WATch) PLAINTIFF WAS
Refused to take the/cutting device FROM me And told me to "cut deepeR" (while PLAINTIFF WAS CUTTING HimsElF & WAS HAViNG AN Psychotic episode), Punke then FALSAFied REPORTS to cover this civil Right VIOLATION, FOR He FAiled to PRotect PLAINTIFF FROM HimsElF.

5 - B

12.

ON 10-2-04 C/O FRISCHE Had Allowed AN INMATE to ASSULT ME (FOR I OVERHEARIN A CONVERSATION) He THEN ALLOWED This INMATE to ATTACK me (He Said He told LT. FRENCH) BUT They COVERED the ATTACK And Fried to document This Attack to COVER their INVOLVEMENT, This WAS FOR Filing grievances And civil Litigation against them & PRISON STAFF.

13.

ON 10-16-04 LT. FRENCH And C/O FRITSCHE Had Allowed me VIOLENTLY ASSULTED BY The SAME INMATE, I WAS TOLD BY these Defendants NOT TO REVEAL The Seriousness OF MY INJURIES OR I would Be Retaliated Against, Thus Also Being deliberate to serious medical NEEDS OF PLAINTIFF AND IN BITH CASES (10-2-05 And 10-16-04) THEY Had PLAINTIFF IN CONSTANT FEAR And MENTAL ANGUISH, This WAS FOR Filing grievances And Civil Litigation Against Them & PRISON STAFF.

14.

C/O FRITSCHE & LT. FRENCH HAS Allowed AN INMATE to ATTACK me (ON 11-29-04) That THEY HAD BROUGHT OUT OF his Cell. They THEN THREATENED me that IF I BROUGHT Attention TO The SERIOUSNESS OF the INJURIES I SUBSTAINED That I'd BE Retaliated against, They did this FOR Filing suits And civil Litigation & grievances, Against them AND PRISON STAFF.

*ALLEGATIONS COMMON TO ALL COUNTS:

A. Defendants Actions were persistant malicious CRuelty, WAS UNNECESSARY And WANTED ABUSE, deliberate INDIFFENT & the ARBITRARY INFLICTION OF Severe Punishments, Results OF Defendants deliberate CARless INDIFFERENCE, CREATING ATYPICAL AND SIGNIFICANT HARDSHIP, FOR ALL These INCIDENTS HAVE CAUSED PUPRCE Physical And OR MENTAL ANGUISH (AND/OR INJURIES) VIOLATING PLAINTIFF'S CONSTITUTIONAL Rights, And were Retaliatory FOR Filing suits And grievances Against STAFF & Prisons,

B. All THESE events HAPPENED while IN DISCIPLINARY Segregation And THUS, These Conditions OF PLAINTIFFS CONFINEMENT, CREATED Significant HARDSHIP VIOLATION) THUS EXAGPERATED HIS MENTAL HEALTH Condition while INCARCERATED IN DISCIPLINARY SOLITARY UNLAWFUL SEGREGATION) sex & ARE ONGOING, Reoccurring And LIKELY to HAPPEN Again, see EXF-3" C. ALL OF THE SUPERVISORS Mentioned FAILED to ACT EVEN AFTER BEING PLACED ON NOTICE OF the ONGOING VIOLATIONS (that ARE still Reoccurring) even IN The FACE OF THE SERIES OF INCIDENTS, THAT CLEARLY Constituted CRUEL & UNUSUAL PUNISHMENT, ALL DEFENDANTS ARE Being sued IN their INDIVIDUAL & OFFRICIAL CAPACITIES

*= IN THIS COMPLAINT GUY PIERCE IS NOT Being CHARGED with HIS INVOLVEMENT IN THE ASSULTS THAT TOOK PLACE ON 10-2-04 10-16-04 And 11-29-04.

5-C

CLAIMS. #15 & 16

## STATEMENT OF CLAIM

Place of the occurrence ___Pontiac___

Date of the occurrence ___7-28-03 & 2-17-05 & 5-1-05___

Witnesses to the occurrence ___C/o Ramsey___

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved.*
*Do not give any legal arguments or cite cases or statutes.. Number each claim in a separate paragraph. Unrelated claims*
*should be raised in a separate civil action.*
*THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.*

15. ON 7-28-03 C/o C. Ramsey Let AN INMATE go (He was Holding Him)
And Allowed this INMATE to violently Attack me After this
INMATE HAd Previously Attacked me 3 minutes eARLieR. I had
forewarned S. Mote, Corey wilson, Mike Melvin, Roger Walker (ect.) About
the pending Attack But They would NOT Protect me Because I had
Filed Lawsuits And/or grievances And they wanted to cover their
Liability/involvement, They All intentionally Discriminated against me And
Failed to Protect me And then the next day (or so) they placed my Attacker
next to me Again into Allow me to Be Attacked on 7-31-03 And
8/03. I then Begged the defendants mention to help me via letters & grievances to no avail,

16. IN About (And Later) 8-03-03 through Present (including
2-17-05 And 5-1-05) I wrote Roger Walker, Jacki Libby, mr Hodge,
Sam Nolen & Guy Pierce telling them Also that I was going
to Be Again Attacked And wanted Protective custody And/or AN Investigation
And Prosecution of the Attackers And conspirators But They conspired to
cover up their Liability And involvement And Because I had Filed
Litigation Against Them. They Failed to Protect me intentionally And By their polices
And Procedures of unshackled inmates, unsupervised violent inmates (and no plastic
guards) on Recreation Pods. As A result of thier gross negligence And intentional
sadistic And malicious intent I would Be Attacked Again & Again on the Above/Prior dates.
I would Receive Painful Bruses & Contusions & indentations (ect.) As A Result of these
Attacks And those in Paragraph #8. These threats & Attacks Are ongoing, Re-occurring
And Likely to Happen Again.

## RELIEF REQUESTED

A. THAT this honorable court enter Judgement in PLAINTIFFS FAVOR (State exactly what relief you want from the court.) AND AGAINST the defendants And GRANT PLAINTIFFS TRO & INJUNCTION Relief (As discussed, see discussed,

B. ENTER A declARATORY Judgment determining that the Actions complained OF IN THIS COMPLAINT ARE UNLAWFUL VIOLATIONS OF DUPREE'S Rights under THE U.S. CONSTITUTION AND to ISSUE A permanent injunction AGAINST THE DEFENDANTS TO TAKE AFFIRMATIVE Steps to ensure that THEY And ALL OTHER People REFRAIN FROM engaging IN FURTHER ACTIONS AGAINST PLAINTIFF WHICH VIOLATES HIS Rights. These ACTIONS ARE TO INCLUDE (BUT NOT Limited TO) Releasing HIM FROM disciplinARY segregation And Placing HIM IMMEDIATELY IN Protective custody - thus Relieving HIM OF MENTIONED significant HARdShips WHICH CAUSES MENTAL ANGUISH - exasperating PLAINTIFFS MENTAL HEALTH Condition, due to THE MENTIONED Conditions of Confinement,

C. AWARd PLAINTIFF DUPREE: COMPENSATORY damages, PUNITIVE (And Nominal & AM OTHER damages) TOTALING 97 MILLION DOLLARS (U.S.C.) FOR ANY PERSONAL, MENTAL, Physical, And EMOTIONAL INJURIES SUBSTAINED ANGUISH AND BECAUSE OF eACH DEFENDANTS INVOLVEMENT, AFFLICTION OR CONDUCT described HEREIN TO THE Full extent that such INJURIES ARE COMPENSABLE under THE LAW (SHARE severally & Amony severally)

D. ASSESS AGAINST DEFENDANTS ALSO THE COST And EXPENSES INCURRED BY DUPREE IN MAINTAINING this proceeding & Prosecution OF This complaint together WITH (ANY) REASONABLE ATTORNEY FEES INCURRED in THE Prosecution OF this case

E. PROVIDE FOR SUCH OTHER And FURTHER Relief As This COURT deems to BE JUST And APPROPRIATE and/or Necessary,

JURY DEMAND            Yes  ☒            No ☐

Signed this ___26___ day of ___NOVEMBER___, 2005.

_(signature)_

( Signature of Plaintiff)

| | |
|---|---|
| ame of Plaintiff: Cedric Dupree | Inmate Identification Number: N63564 |
| ddress: P.O.B. 99 702 W. Lincoln Pontiac, IL. 61764 | Telephone Number: N/A |

6





**Illinois**
Department of
**Corrections**

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

March 31, 2005

Mr. Cedric Dupree
Register No. N-63566
Pontiac Correctional Center
P.O. Box 99
Pontiac, IL 61764

RE:   Allegation of Staff Misconduct

Dear Mr. Dupree:

This is in response to your recent letter to the Governor's Office alleging staff misconduct at the Pontiac Correctional Center.

The Administrator at the Pontiac facility has been contacted. The Internal Affairs Unit has been assigned to investigate your allegations. You will be advised by the Internal Affairs Unit as to the outcome of their investigation once it has been completed.

I trust this has been responsive to your concerns.

Sincerely,

Rick Orr
**Deputy Director**
District 3

xc:   Warden Pierce
      Internal Affairs, Pontiac C.C.
      General Office File

EXHIBIT "B"

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

Date: 5-29-05  Committed Person: Cedric Dufree  ID#: N63566
(Please Print)

Present Facility: Pontiac  Facility where grievance issue occurred: ARB Pontiac

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Mail Handling
- [ ] Restoration of Good Time
- [ ] Disability
- [x] Staff Conduct
- [ ] Dietary
- [ ] Medical Treatment
- [x] Other (specify): ARB Member Misconduct of BRIAN FAIRCHILD
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator

- [ ] Disciplinary Report: ____/____/____
  Date of Report             Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** In violation of My civil Rights My grievances from ARB keep being Returned e.g. 2-17-05 Attack #09643-X2 ect.& Deg. 034236-11-29-04 Attack, 12-20-04 Counselor Smith Refusing to Answer 3# of My grievances & (see) By Brian FAIRChild In An Attempt to SABotage This grievance Process He has sent back to me About 19 grievances For no Reason And Some with no explanation As to why, they only would be stamped & returned.

**Relief Requested:** All Returned grievances Reheard, Reprimand Brian Fairchild

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

[signature] Committed Person's Signature  ID# N63566  Date 5-29-05

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: ____/____/____

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

Print Counselor's Name  Counselor's Signature  Date of Response

**EMERGENCY REVIEW**

Date Received: ____/____/____

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

Chief Administrative Officer's Signature  Date ____/____/____

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

| Date: | 4-17-05 | Committed Person: (Please Print) | Cedric Dupree | ID#: N63566 |

| Present Facility: | Pontiac | Facility where grievance issue occurred: | Pontiac |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ___/___/___   Date of Report _____   Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: In violation of my civil rights.
On 2-17-05 I heard C/O Ware PLANNING AN Attack on
Me. Minutes later C/O T. Ware held me still while inmate
James Attacked Me. I had warned Warden And staff
About the Attack before it happened but to no Avail
After the Attack C/O Rosenburg (possibly misspelled) yelled
in the presence of Lt. Fickel [illegible] and
Lt. Suban frantic that inmate James was witnessed
Attacking me by him. C/O Ware yelled out After
told everyone he kicked me in the groin Area (that
matter investigated fully,

Relief Requested: Mentioned Staff reprimanded, inmate Reprimanded
And or by law Allowed no charges on James.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Committed Person's Signature | N63566 | 3, 17, 05 |
| | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)** (OVER)

Date Received: 3, 21, 05   [ ] Send directly to Grievance Officer   [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: I reviewed incident reports dated
2-17-05 by officers Ware and Rosenberg.
Both reports indicated that offender
James N91930 attempted to kick you.
R. Flex

| R. Flex | R. Flex | 4, 1, 05 |
| Print Counselor's Name | Counselor's Signature | Date of Response |

**EMERGENCY REVIEW**

Date Received: ___/___/___   Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

RECEIVED   RECEIVED
APR 15 2005   APR 20 2005
OFFICE OF   OFFICE OF
INMATE ISSUES   INMATE ISSUES

| Chief Administrative Officer's Signature | | Date |

Distribution: Master File; Committed Person   Page 1   Printed on Recycled Paper   DOC 0046 (Eff. 10/2001) (Replaces DC 5657)

5-24-05
P reviewed to [illegible]

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE** (Continued)

"James Kicked me in the chest"
But None of the cbs nor the K/B
Charged James with the Assault
knowing this a litigation And
known to file grievances And to cove
up their involvement and negligence. This
was a Blatant conspiracy.

Nurse Joe immediately examined
me And documented in the medical
Reports & witnessing me Bleeding
but He was told by cb Ware to
Act As if No Assult occurred that I
may not been seen By A doctor
nor received treatment for the
pain. The actions of these employees
have subjected the prison to
immediate litigation.

Counselor Response cunxt
but did not appear to make contact
with you. So your claim of being
struck in the groin was not verified by
the incident reports.
Offender James was issued
a disciplinary report per the reports.

DOC 0046 (Eff. 10/2001)
(Replaces DC 5657)

*EXHIBIT D*


## Illinois
### Department of
## Corrections

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

October 6, 2003

Cedric DuPree
Register No. N63566
Pontiac Correctional Center

Dear Mr. DuPree:

This is in response to your grievance received on June 17, 2003, regarding Security (Fears Safety 4/11/03), which was alleged to have occurred at Pontiac Correctional Center. This office has determined the issue will be addressed without a formal hearing.

You state in your grievance that you were an informant for an incident that occurred April 11, 2003 and information of this has leaked out and you know fear for your safety.

The Grievance officer's report and subsequent recommendation dated June 9, 2003 and approval by the Chief Administrative Officer on June 11, 2003 have been reviewed.

Per the Grievance officer's report, this grievance was sent to Internal Affairs for an investigation. An update provided states Internal Affairs were not able to substantiate Offender Dupree's allegations. Additionally, this office notes that you are currently single celled.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: _____
Sherry Hile
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____
Roger E. Walker Jr.
Director

cc: Warden Stephen Mote, Pontiac Correctional Center
Cedric DuPree, Register No. N63566
Chron. File

EXHIBITS E



**Illinois**
**Department of**
**Corrections**

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

June 2, 2004

Cedric Dupree
Register No. N63566
Pontiac Correctional Center

Dear Mr. Dupree:

This is in response to your grievance received on February 20, 2004, regarding staff conduct (Internal Affairs not assisting with criminal charges against another offender), which was alleged to have occurred at Pontiac Correctional Center. This office has determined the issue will be addressed without a formal hearing.

The Grievance officer's report (36178) and subsequent recommendation dated January 29, 2004 and approval by the Chief Administrative Officer on February 4, 2004 have been reviewed.

In accordance with Department Rule 504.850, this office has determined that the grievance is without merit; therefore, no action will be taken.

FOR THE BOARD: _____
Terri Anderson
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____
Roger E. Walker Jr.
Director

cc:    Warden Stephen Mote, Pontiac Correctional Center
       Cedric Dupree, Register No. N63566
       Chron. File

25 JUN 2004



EXhiBiT "F-1"



# Illinois
## Department of
# Corrections

**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

November 4, 2005

Cedric Dupree
Register No. N63566
Pontiac Correctional Center

Dear Mr. Dupree:

This is in response to your grievance received on July 28, 2005, regarding staff conduct (staff allowed him to cut wrists on 6/13/05 without removing the object), which was alleged to have occurred at Pontiac Correctional Center. This office has determined the issue will be addressed without a formal hearing.

The Grievance officer's report (040610) and subsequent recommendation dated July 18, 2005 and approval by the Chief Administrative Officer on July 19, 2005 have been reviewed.

This office has reviewed the written grievance in which the grievant claims that staff allowed him to continue to cut himself on the date of 6/13/05 and did not removing the cutting tool. This office notes that the Grievance Officer and Counselor indicate that a "ticket" and other documentation was completed. This office finds no record of a disciplinary report issued for an offense on this date.

Based on a total review of all available information, it is the opinion of this office that the issue be referred to the Pontiac Correctional Center for a review of action taken for the incident occurring 6/13/05. A report of findings is to be forwarded to the Director's Office upon completion.

FOR THE BOARD:

Terri Anderson
Administrative Review Board
Office of Inmate Issues

I concur. Warden Pierce is to proceed accordingly.

Roger E. Walker Jr.
Director

cc:    Warden Guy Pierce, Pontiac Correctional Center
       Cedric Dupree, Register No. N63566
       Tickler File

EXHIBIT F-2



**Rod R. Blagojevich**
Governor

**Roger E. Walker Jr.**
Director

1301 Concordia Court / P.O. Box 19277/ Springfield, IL 62794-9277 / Telephone: (217) 522-2666 / TDD: (800) 526-0844

September 20, 2005

Cedric Dupree
Register No. N63566
Pontiac Correctional Center

Dear Mr. Dupree:

This is in response to your grievance received on September 1, 2005, regarding staff conduct (Lt. Brewer, 05/01/05), which was alleged to have occurred at Pontiac Correctional Center. This office has determined the issue will be addressed without a formal hearing.

The Grievance officer's report, 040552, and subsequent recommendation dated August 18, 2005 and approval by the Chief Administrative Officer on August 24, 2005 have been reviewed.

Based on a total review of all available information, it is the opinion of this office that the issue was appropriately addressed by the institutional administration. It is, therefore, recommended the grievance be denied.

FOR THE BOARD: _____
Melody J. Ford
Administrative Review Board
Office of Inmate Issues

CONCURRED: _____
Roger E. Walker Jr.
Director

cc:   Warden Guy Pierce, Pontiac Correctional Center
      Cedric Dupree, Register No. N63566
      Chron. File

**Request for Return/Purchase of Contract Property**

**Pontiac Correctional Center**

EXhiBiT
F-3

I REQUEST AUTHORIZATION OF THE RETURN AND/OR PURCHASE OF CONTRACT PROPERTY

N63566     Cedric DoPRee     SM#423

_IDOC #_       _INMATE NAME_       _UNIT / CELL #_

| INMATE USE |
|---|
| INMATE CIRCLE CONTRACT ITEM(S) REQUESTED FOR PURCHASE FROM COMMISSARY |

TELEVISION             CLIP ON LAMP

RADIO             BROTHER/ML/90 TYPEWRITER

WALKMAN           HOT POT (MSU ONLY)

HEADPHONES

FAN             NO Comm 6-8-2014

RAZOR          NO A/V-12-1-2013

WATCH          C-Grade-1-21-2017

INMATE: LIST THE AUDIO/VISUAL ITEMS, IN PERSONAL PROPERTY, YOU ARE REQUESTING PERMISSION TO HAVE RETURNED TO YOU:

_____

_____

_____

| STAFF USE |
|---|

3-11-03                           10-11-2016

_INITIAL SEG. PLACEMENT_      _TOTAL SEG. TIME_      _SEG. OUT DATE_

IDR OFFENSE (NUMBER) AND REASON FOR PLACEMENT:

10? _Assault staff IL Weapon_ .

ANY INJURIES INCURRED BY STAFF/INMATE: _____

LAST MAJOR IDR: 4-6-04 (108)     LAST MINOR IDR: _____

APPROVED / DISAPPROVED ——— TO PURCHASE

APPROVED / DISAPPROVED ——— TO OBTAIN FROM PERSONAL PROPERTY

SUPERINTENDENT SIGNATURE: _Maj. Ol._     DATE 11-12-04

DATE INMATE MAY REQUEST AGAIN: _____

COMMENTS: _____

CC: Inmate
     Property File (property request only)
     Commissary File (purchase request only)

PON 0160 (eff. 4 02)
(Replaces P-459)

Printed on Recycled Paper

IN THE

U.S. District Court
Central District of Illinois

Cedric Dupree,
Plaintiff/Petitioner

vs.                                          Case No. 05-1201

Glenn French et al.,
Defendant/Respondent

---

**PROOF/CERTIFICATE OF SERVICE**

I l. Attorney
TO: General Lisa Madigan          TO: _____
500 S. Second ST,                    _____
SpRingField, IC .62786               _____

PLEASE TAKE NOTICE that on January 11, 2006. I placed the documents listed
below in the institutional mail at Pontiac Correctional Center,
properly addressed to the parties listed above for mailing through the United
States Postal Service, Motion To leave to File Amended complaint
And Proposed 2nd Amended complaint (1983)

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty
of perjury, that I am a named party in the above action, that I have read the above
documents, and that the information contained therein is true and correct to the
best of my knowledge and belief.

DATED: January 11, 2006

/s/ _____
NAME: Cedric Dupree
IDOC No. N63564
Pontiac Correctional Ctr.
POB 99
Pontiac, IL
61764

## AFFIDAVIT OF AFFIRMATION UNDER PENALTY OF PERJURY

I, _Cedric Duvcee_ , affiant, do hereby declare and affirm under penalty of perjury as defined in 735 ILCS 5/1-109 that everything contained herein is true and accurate to the best of my knowledge and belief. I further declare and affirm that the contents of the foregoing documents are known to me and are accurate to the best of my knowledge and belief. Finally, I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this _11_ day of _January_, 200_6_.

_____
**Affiant**